FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

January 25, 2023

No. 04-22-00567-CR

Alexis **MORGANFIELD**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CR1804
Honorable Stephanie R. Boyd, Judge Presiding

# C O R R E C T E D   O R D E R

Appellant's brief was due on January 13, 2023. Appellant has filed a third motion for extension of time and seeks a twenty-four-hour extension. After consideration, we GRANT the motion. Appellant's brief, filed on January 14, 2023, is hereby deemed timely filed.

It is so **ORDERED** on January 25, 2023.

**PER CURIAM**

ATTESTED TO: _Michael A. Cruz_
MICHAEL A. CRUZ,
CLERK OF COURT